In the Matter of DIANA RICKETTS, Appellant, v BERNIE GRAVES, Respondent. [891 NYS2d 665]

The Family Court providently exercised its discretion in denying the mother's objections to the order of the Support Magistrate dismissing, without prejudice, her petition for an upward modification of the father's child support obligation (*see Matter of Gonzalez v DeFilippis,* 31 AD3d 447, 448 [2006]; *see also Matter of Williams v Williams,* 37 AD3d 843, 844 [2007]; *Matter of Lahrs v Lahrs,* 158 AD2d 944 [1990]). Dillon, J.P., Florio, Hall and Sgroi, JJ., concur.